```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.<br><br>          Plaintiff,<br><br>     vs.<br><br>SATISH CHANDRA, individually and doing business as MIRACLE AUTO PAINTING and as MIRACLE AUTO PAINTING OF SAN LEANDRO<br><br>          Defendant. | NO. C 07 0579 JSW<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for May 18, 2007 continued to July 27 [~~20~~], 2007 at 1:30 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: May 16, 2007

_____
Honorable Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE      1