```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SATISH CHANDRA, individually and doing business as MIRACLE AUTO PAINTING and as MIRACLE AUTO PAINTING OF SAN LEANDRO<br><br>Defendant. | NO. C 07 0579 JSW<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE ~~TO A DATE FOR HEARING ON A MOTION FOR DEFAULT JUDGMENT~~ |

IT IS ORDERED that the Case Management Conference in this case set for September 21, 2007 be continued to ~~the date set for a hearing on a Motion for Default Judgment,~~ December 7, 2007 at ~~9:00 a.m.~~ 1:30 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:  September 13, 2007

_____
Honorable Jeffrey S. White

There has been no motion for default judgment filed. However, the Courts GRANTS to request to continue the Case Management Conference.

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE ~~TO A DATE FOR HEARING ON A MOTION FOR DEFAULT JUDGMENT~~

1