**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, <br><br> Plaintiff, <br><br> v. <br><br> SATISH CHANDRA, <br><br> Defendant. | No. C 07-00579 JSW <br><br> **ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, Plaintiffs' motion for default judgment against Defendant in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: November 26, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom